**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**J. B. TURNER**                                                                  **PLAINTIFF**

**v.**                                        **CASE NO. 2:18-CV-2171**

**XTO ENERGY INC.**                                                        **DEFENDANT**

**STATEMENT OF MATERIAL FACTS**
**AS TO WHICH XTO ENERGY INC.**
**CONTENDS THERE IS NO GENUINE DISPUTE TO BE TRIED**

Comes now the Defendant, XTO Energy Inc. ("XTO"), pursuant to Local Rule 56.1(a),

and for its Statement of Material Facts as to which it contends there is no genuine dispute to be

tried states as follows:

1.  Operations for the drilling of the Turner No. 1 Well were commenced by Arkla

Exploration Company ("Arkla"), effective July 14, 1980.

2.  Arkla's Turner No. 1 Well was dually completed in two separate formations.  It was

completed in the Hale Formation interval between 8,566' and 8,578' and the Viola Formation

interval between 9,797' and 8,808'.

3.  The Plaintiff is the owner of a fee mineral interest in the Turner No. 1 Well's unit.

4.  Portions of Plaintiff's mineral interest are not subject to any oil and gas lease. Those

unleased portions are subject to two separate Arkansas Oil and Gas Commission Integration

Orders.

5.  The Plaintiff's interest in the Hale Zone within the Turner No. 1 Well is a non-

consenting interest, subject to a 400% recoupment penalty, pursuant to Arkansas Oil and Gas

Commission Integration Order No. 109-80.

6. The Plaintiff elected to participate with his interest in the Viola Zone within the Turner No. 1 Well pursuant to Arkansas Oil and Gas Commission Order No. 2-81.

7. Although the Plaintiff elected to participate in the Viola Zone within the Turner No. 1 Well, he never executed an operating agreement or other written contract with Arkla, or any succeeding operator of the Turner No. 1 Well covering his participating interest within the Viola Zone within the Turner No. 1 Well.

8. The Hale Formation within the Turner No. 1 Well was completed to produce through the casing zone of the Turner No. 1 Well.

9. The Viola Formation within the Turner No. 1 Well was completed to produce through the tubing zone of the Turner No. 1 Well.

10. The Viola Formation within the Turner No. 1 Well produced 42,793 MCF of gas between its initial completion and the end of November, 1982.

11. The Viola Formation within the Turner No. 1 Well has not produced gas since November, 1982.

12. The Viola Formation within the Turner No. 1 Well ceased to produce during November, 1982 because the formation lacked sufficient reservoir energy to lift formation water. In other words, the Viola Formation "watered out." The Viola Formation has been incapable of producing gas in commercial quantities ever since.

13. Defendant XTO Energy Inc. t acquired its interest within the Turner Well by assignment from Seagull Energy, E&P, Inc., a corporate successor to Arkla Exploration Company, to Arkoma Holding Corporation, a corporate predecessor to the Defendant, dated September 9, 1999, recorded in the Oil and Gas Records of the Charleston District of Franklin County, Arkansas in O&G Book 63, beginning on Page 1.

13. There are three other wells, within a two mile radius of the Turner No. 1 Well within which attempts were made to complete within and produce from the Viola Formation. Those wells are the Ballard No. 1 Well, the Robertson No. 1 Well and the Holland No. 1-3 Well.

14. The Ballard No. 1 Well was completed in January, 1982.

15. Ballard No. 1 Well located in Section 2, Township 7 North, Range 28 West is operated by the Defendant. An unsuccessful completion attempt within the Ballard No. 1 Well in the Viola Zone resulted in production only of formation water. A bridge plug was immediately installed within the Ballard No. 1 Well separating the water-bearing Viola Zone from productive zones above it. The Viola Zone within the Ballard No. 1 Well never produced any gas.

16. The Viola Zone within the Ballard No. 1 Well is approximately 30 feet structurally higher than the Viola Zone within the Turner No. 1 Well.

17. The Robinson 1 Well in Section 4, Township 7 North, Range 28 West is operated by R. A. Miller Energy, Inc. That well was completed in the Viola Formation, but watered out after producing only 118 mcf of gas. On July 1, 1985, it was plugged off above the Viola Formation completion and it now produces exclusively from the Hale Formation.

18. The Viola Zone with the Robinson 1 Well is approximately 300 feet structurally higher than the Viola Zone within the Turner No. 1 Well.

19. The Holland 1-3 Well, located in Section 3, Township 7 North, Range 28 West, produces from an interval which is defined as the commingled Hunton/Viola Formation. However, that producing zone is approximately 600 feet structurally higher than the Viola Formation within the Turner 1, Well which is currently above the level of formation water which has invaded the Viola Zone within the other three wells. Moreover, the commingled

Hunton/Viola Zones within the the Holland 1-3 Well was again commingled in 2002 to include the Hale Formation which now contributes the majority gas within that well's production stream.

/s/ Thomas A. Daily_____
C. Michael Daily
Arkansas Bar No. 2005223
Thomas A. Daily
Arkansas Bar No. 70019

DAILY & WOODS, PLLC
58 South 6th Street
Fort Smith, AR 72901
Tel: (479) 782-0361
Fax: (479)782-6160
mdaily@dailywoods.com
tdaily@dailywoods.com

*Counsel for Defendant XTO Energy Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

This certifies that I, Thomas A. Daily, have served a copy of the foregoing upon all parties of record except those whom I represent by depositing a true and correct copy of the same in the United States mail at Fort Smith, Arkansas, in a properly addressed envelope with the necessary postage affixed hereto, on this 11th day of June, 2019, addressed to the following:

Erik P. Danielson
Kyle Lippard
DANIELSON LAW FIRM, PLLC
909 Rolling Hills Dr.
Fayetteville, AR  72703

/s/ Thomas A. Daily_____
Thomas A. Daily