UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

J.B. TURNER                                                                                    PLAINTIFF

v.                                    No. 2:18-CV-02171

XTO ENERGY INC.                                                                     DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, Plaintiff J.B. Turner's claims are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 6th day of August, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE