**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**J.B. TURNER**                                                                                      **PLAINTIFF**

**v.**                                                               **No. 2:18-cv-02171**

**XTO ENTERGY, INC.**                                                          **DEFENDANT**

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff J. B. Turner appeals to the United States Court

of Appeals for the Eighth Circuit from the order and judgment entered in this case on

August 6, 2019, granting summary judgment to Defendant XTO Energy, Inc.

Respectfully submitted,

Brian G. Brooks, 94209
Brian G. Brooks, Attorney at Law, PLLC
P.O. Box 605
Greenbrier, AR  72058
(501) 733-3457
bgbrooks1@me.com


Erik P. Danielson, ABA #2005060
Kyle Lippard, ABA #2015042
Danielson Law Firm, PLLC
909 Rolling Hills Drive
Fayetteville, AR 72703
Telephone(479)935-8313
Facsimile(479)439-8167
Erik.Danielson@DanielsonLawFirm.com
Kyle.Lippard@DanielsonLawFirm.com

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF on this 28 August 2019 which will also send a copy via e-mail to the following:

Thomas A. Daily
C.Michael Daily
Daily& Woods,P.L.L.C.
P.O.Box 1446
FortSmith,AR72902-1446
tdaily@dail5rwoods.com
mdaily@dailywoods.co


Brian G. Brooks